# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 3, 2021

## NO. 03-21-00509-CV

**Cathi Maham, Appellant**

**v.**

**Marc Smith, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order signed by the trial court on September 16, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.